# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00118-CV

**Texas Quarter Horse Association; Texas Thoroughbred Association; Texas Horsemen's Partnership; Gillespie County Fair and Festivals Association, Inc.; Global Gaming LSP, LLC d/b/a Lone Star Park at Grand Prairie; and Sam Houston Race Park, LLC, Appellants**

**v.**

**American Legion Department of Texas, Temple Post 133; Kickapoo Traditional Tribe of Texas; Thompson Allstate Bingo Supply, Inc.; and Moore Supplies, Inc., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. D-1-GN-14-003700, HONORABLE LORA J. LIVINGSTON PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants have filed an unopposed motion to abate this appeal for an additional ninety days. Appellees do not oppose the motion. We grant the motion and abate this appeal until March 1, 2016.

Before Chief Justice Rose, Justices Pemberton and Field

Abated

Filed:   December 2, 2015